IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH HEATH,                                   No  C-05-0719 VRW

      Plaintiff,                               ORDER

      v

AT&T CORP,

      Defendant.
_____/

      On February 25, 2005, defendant moved to dismiss plaintiff's complaint pursuant to FRCP 12(b)(6).  Doc #7.  A hearing on defendant's motion was scheduled for May 12, 2005.  Pursuant to Civ L R 7-3(a), plaintiff's opposition was due on or before April 21, 2005.  Having received no opposition from plaintiff, on April 26, 2005, the court vacated the May 12 hearing and ordered plaintiff, appearing in pro per, to show cause why defendant's motion should not be treated as unopposed.  Doc # 13 (OSC).  Plaintiff filed her response on May 11, 2005.  Doc #15.

      On May 12, 2005, the court discharged the OSC and ordered plaintiff to file her opposition on or before June 2, 2005.  Doc

1 #16. On June 2, 2005, the court did not receive plaintiff's
2 opposition; it received plaintiff's request for a 30-day
3 continuance to file her opposition. Doc #17. Plaintiff's request
4 for a continuance (like her request to discharge the OSC) is based
5 on problems in receiving her mail. Plaintiff placed a "hold," she
6 says, on delivery of her mail due to her absence from her home.
7 When the hold was lifted, plaintiff asserts that the post office
8 "failed to notify or deliver to [her] the certified envelope sent
9 by this court, containing the courts [sic] most recent order dated
10 May 13, 2005 [sic]." Id at 1-2. Whatever the circumstances, the
11 court's patience is wearing thin. Plaintiff has had ample time to
12 review defendant's motion and formulate an opposition.

13 Considering plaintiff's pro se status and the interests
14 of justice, the court GRANTS IN PART plaintiff's request for a 30-
15 day continuance to file her opposition. Plaintiff's opposition
16 must be filed on or before June 17, 2005. Defendant's reply is due
17 on or before June 24, 2005, and the matter will be submitted on the
18 papers. Plaintiff is admonished, however, that the court will not
19 entertain any further requests to continue adjudication of
20 defendant's Rule 12(b)(6) motion.

22     IT IS SO ORDERED.

25     VAUGHN R WALKER
26     United States District Chief Judge

**2**