**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HEATH, | No   C-05-0719 VRW |
|     Plaintiff, | ORDER |
|         v | |
| AT&T CORP, | |
|     Defendant. | |

Per the agreement of the parties, this matter was referred to the court-sponsored mediation program on November 8, 2005.  The court has determined that this matter is no longer appropriate for mediation within the meaning of ADR L R 6-2 so long as plaintiff is unrepresented by counsel.  Accordingly, this matter is REMOVED from the mediation program.

//
//
//
//

1     The parties shall appear as scheduled for a further case
2 management conference on March 14, 2006, at which time potentially
3 appropriate methods of alternative dispute resolution can be
4 discussed.

7     SO ORDERED.

                                                     VAUGHN R WALKER
                                                     United States District Chief Judge

United States District Court
For the Northern District of California