1  J. AL LATHAM, JR. (SB# 71605)
   allatham@paulhastings.com
2  GAYLE A. GOLDMAN (SB# 240519)
   gaylegoldman@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
5  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
6
   KATHERINE C. HUIBONHOA (SB# 207648)
7  katherinehuibonhoa@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street
   Twenty-Fourth Floor
9  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
10 Facsimile:  (415) 856-7100

11 Attorneys for Defendant
   AT&T CORP.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 | Deborah Heath,              | CASE NO. C-05-00719 VRW
18 |            Plaintiff,       | **STIPULATION TO CHANGE TIME BY EXTENDING DISCOVERY CUT-OFF**
19 |     vs.                     | **(LOCAL RULE 6-2) AND [PROPOSED] ORDER**
20 | AT&T Corp., and Does 1-10,  |
21 |            Defendants.      |

22

23         Plaintiff Deborah Heath ("Plaintiff"), acting in pro per, and Defendant AT&T

24 Corp. ("Defendant"), acting by and through its counsel, stipulate to a 45-day extension of the

25 current discovery cut-off date, from June 30, 2006, to August 14, 2006.  There is good cause for

26 the requested extension as set forth below and in the accompanying declaration of Gayle A.

27 Goldman.

28

1.	Defendant has outstanding discovery differences with Plaintiff regarding Defendant's First Request for Documents;

2.	On May 31, 2006, Defendant sought assistance from the Court regarding this document production, and on June 8, 2006, the Court ordered the parties to engage in further meet-and-confer;

3.	Plaintiff also has indicated that she seeks additional documents from Defendant;

4.	Neither party has taken any depositions regarding the pending litigation;

5.	The requested extension would allow the parties, and if necessary, the Court, sufficient time to resolve their discovery issues, and to allow for completion of discovery after such issues have been resolved;

6.	Neither party has sought an extension of the discovery cut-off previously;

7.	No trial date has been set, so extending the discovery cut-off date 45 days will not result in any prejudice to any case management schedule or Court calendar;

8.	Nothing in this stipulation should be interpreted to preclude either party from seeking further relief from the Court.

**THEREFORE IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES TO THIS LITIGATION THAT THE DISCOVERY CUT-OFF BE EXTENDED FROM JUNE 30, 2006, TO AUGUST 14, 2006**.

1 | **I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.**

3  DATED: June _____, 2006        J. AL LATHAM, JR.
                                  KATHERINE C. HUIBONHOA
                                  GAYLE A. GOLDMAN
                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                  By: _____/s/_____
                                         GAYLE A. GOLDMAN

                                  Attorneys for Defendant
                                  AT&T CORP.

   DATED: June _____, 2006        DEBORAH HEATH

                                  By: _____/s/_____
                                         DEBORAH HEATH

                                  Plaintiff

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June __22__, 2006

                                  By: _____
                                         Hon. Vaughn R. Walker
                                         United States District Court Judge

**IT IS FURTHER ORDERED that the Further Case Management Conference currently scheduled for July 25, 2006 shall be CONTINUED to September 26, 2006 at 9:00 a.m. Parties shall file a joint case management statement one week prior to the conference.**


## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On June 20, 2006, I served the foregoing document(s) described as:

in a sealed envelope, postage fully paid, addressed as follows:

**STIPULATION TO CHANGE TIME BY EXTENDING DISCOVERY CUT-OFF (LOCAL RULE 6-2) AND [PROPOSED] ORDER**

Deborah Heath
630 North 4th Street
Patterson, CA 95363

☐ **VIA OVERNIGHT MAIL:**

VIA _____:By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on June 20, 2006 with postage thereon fully prepaid, at Los Angeles, California.

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to (209) 892-4444. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 20, 2006, at Los Angeles, California.

/s/
SHARON S. MC CULLEY