J. AL LATHAM, JR. (SB# 71605)
allatham@paulhastings.com
GAYLE A. GOLDMAN (SB# 240519)
gaylegoldman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
AT&T CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Deborah Heath, | CASE NO. C-05-00719 VRW |
|---|---|
| Plaintiff, | **STIPULATION TO CHANGE TIME BY EXTENDING DISCOVERY CUT-OFF (LOCAL RULE 6-2) AND [~~PROPOSED~~] ORDER** |
| vs. | |
| AT&T Corp., and Does 1-10, | |
| Defendants. | |

Plaintiff Deborah Heath ("Plaintiff"), acting in pro per, and Defendant AT&T Corp. ("Defendant"), acting by and through its counsel, stipulate to a 45-day extension of the current discovery cut-off date, from August 14, 2006, to September 28, 2006.  There is good cause for the requested extension as set forth below and in the accompanying declaration of Katherine C. Huibonhoa.

1.   Plaintiff has not yet taken any depositions regarding the pending litigation, but has expressed a desire to do so;

2.   Plaintiff asked Defendant to stipulate to a 45-day extension of the discovery period in order to allow Plaintiff sufficient time to take depositions in the pending litigation, and Defendant agreed to so stipulate;

3.   The parties stipulated to a 45-day extension of the discovery cut-off previously, which extended the discovery cut-off from June 30, 2006 to August 14, 2006;

4.   No trial date has been set, so extending the discovery cut-off date 45 days will not result in any prejudice to any case management schedule or Court calendar;

5.   Nothing in this stipulation should be interpreted to preclude either party from seeking further relief from the Court.

**THEREFORE IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES TO THIS LITIGATION THAT THE DISCOVERY CUT-OFF BE EXTENDED FROM AUGUST 14, 2006, TO SEPTEMBER 28, 2006.**

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.**

DATED: July 31, 2006

J. AL LATHAM, JR.
KATHERINE C. HUIBONHOA
GAYLE A. GOLDMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____/s/_____
        KATHERINE C. HUIBONHOA

Attorneys for Defendant
AT&T CORP.

DATED: July 31, 2006

DEBORAH HEATH


By: _____/s/_____
        DEBORAH HEATH

Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____8/9_____, 2006

By: _____
    Judge Vaughn R Walker
    United States District Court Judge

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On August 1, 2006, I served the foregoing document(s) described as:

in a sealed envelope, postage fully paid, addressed as follows:

**STIPULATION TO CHANGE TIME BY EXTENDING DISCOVERY CUT-OFF (LOCAL RULE 6-2) AND [PROPOSED] ORDER**

Deborah Heath
630 North 4th Street
Patterson, CA 95363

☐ **VIA OVERNIGHT MAIL:**

VIA _____ :By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on August 1, 2006 with postage thereon fully prepaid, at Los Angeles, California.

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to (209) 892-4444. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 1, 2006, at Los Angeles, California.

/s/
_____
SHARON S. MC CULLEY