**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEATH,

    Plaintiff,

vs.

AT&T,

    Defendant.

No. C 05-0719 VRW (MEJ)

**ORDER RE: DISCOVERY DISPUTE LETTERS**

The Court is in receipt of the parties discovery dispute letters; Plaintiff's dated August 22, 2006, and Defendant's dated August 23. As these separate letters do not comply with the Court's Standing Discovery Order, the Court will not consider them. Accordingly, the Court hereby ORDERS the parties to meet and confer and to e-file a joint discovery dispute letter.

**IT IS SO ORDERED.**

Dated: October 4, 2006

MARIA-ELENA JAMES
United States Magistrate Judge