1  J. AL LATHAM (SB# 71605)
   allatham@paulhastings.com
2  GAYLE A. GOLDMAN (SB# 240519)
   gaylegoldman@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 S. Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA 90071-228
5  Telephone:  (213) 683-6000
   Facsimile:   (213) 627-0705
6
   KATHERINE C. HUIBONHOA (SB# 207648)
7  katherinehuibonhoa@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street
   Twenty-Fourth Floor
9  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
10 Facsimile:   (415) 856-7100

11 Attorneys for Defendant
   AT&T
12

13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15

16
   DEBORAH HEATH,                          CASE NO. C-05-0719 VRW
17
                  Plaintiff,                **STIPULATION FOR DISMISSAL OF**
18                                          **ACTION AND ORDER**
        vs.
19
   AT&T and DOES 1-10, inclusive,
20
                  Defendants.
21

22

23

24

25

26

27

28
   LEGAL_US_W # 55285788.1

                                            STIPULATION AND ORDER OF DISMISSAL
                                            U.S.D.C., N.D. Cal., No. C-05-0719 VRW

## STIPULATION

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff Deborah Heath and defendant AT&T, acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Dated: December 21, 2006.         JOAN HERRINGTON
                                  BAY AREA EMPLOYMENT LAW OFFICE

                                  By: _____Joan Herrington_____
                                       Joan Herrington
                                       Attorneys for Plaintiff Deborah Heath

Dated: December __, 2006.         J. AL LATHAM
                                  KATHERINE C. HUIBONHOA
                                  GAYLE GOLDMAN
                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                  By: _____
                                       Katherine C. Huibonhoa
                                       Attorneys for Defendant AT&T

LEGAL_US_W # 55285788.1

STIPULATION AND ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C-05-0719 VRW

**STIPULATION**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff Deborah Heath and defendant AT&T, acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Dated: December ___, 2006.

JOAN HERRINGTON
BAY AREA EMPLOYMENT LAW OFFICE

By: _____
Joan Herrington
Attorneys for Plaintiff Deborah Heath

Dated: December 28, 2006.

J. AL LATHAM
KATHERINE C. HUIBONHOA
GAYLE GOLDMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Katherine C. Huibonhoa
Attorneys for Defendant AT&T

LEGAL_US_W # 55285788.1

STIPULATION AND ORDER OF DISMISSAL
U.S.D.C., N.D. Cal., No. C-05-0719 VRW

## ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 20, 2007



IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA